AUGUST HUSING, Respondent, v. BALFOUR BROS., INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and

disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.